IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARCELLA L. TROUT<br><br>Plaintiff,<br><br>v.<br><br>TENET HEALTHSYSTEM MEDICAL, INC.<br><br>Defendant. | Case No. 3:21-CV-01198-X |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rules 7.4 and 3.1(c) for the Northern District of Texas, Defendant Tenet HealthSystem Medical, Inc. ("Defendant" or "Tenet") files this Certificate of Interested Persons and certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the above-captioned action:

(1)  Marcella L. Trout – Plaintiff

(2)  Tenet HealthSystem Medical, Inc. – Defendant

(3)  Healthcare Network Holdings, Inc. – 100% owner of Tenet HealthSystem Medical, Inc., directly or indirectly

(4)  Tenet Healthcare Corporation – 100% owner of Healthcare Network Holdings, Inc., directly or indirectly

(5)  Robert E. Goodman Jr., Kilgore & Kilgore, PLLC – Counsel for Plaintiff

(6)  Melissa M. Goodman, Haynes and Boone, LLP – Counsel for Defendant

Dated: August 5, 2021

Respectfully submitted,

*/s/ Melissa M. Goodman*
Melissa M. Goodman
State Bar No. 00790648
melissa.goodman@haynesboone.com
Raquel O. Alvarenga
State Bar No. 24112449
Raquel.alvarenga@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

**ATTORNEYS FOR DEFENDANT TENET**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically transmitted the attached document to all counsel of record via the Court's ECF system.

*/s/ Melissa M. Goodman*
Melissa M. Goodman